FILED ___ ENTERED
LODGED ___ RECEIVED

APR 18 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY

The Honorable James P. Donohue

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBEL KELETA GOITOM,<br><br>Defendant. | CASE NO. MJ17-155<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. §§ 922(g)(1) |

BEFORE Chief United States Magistrate Judge James P. Donohue, United States Courthouse, Seattle, Washington.

The undersigned complainant, Catherine Cole, Special Agent, Bureau of Tobacco, Firearms, and Explosives, being duly sworn states:

## COUNT ONE

### (Felon in Possession of a Firearm)

On or about February 22, 2017, in the City of Seattle, within the Western District of Washington, ROBEL KELETA GOITOM, having been convicted of the following crime punishable by a term of imprisonment exceeding one year, to wit:

a) *Assault in the Third Degree*, in Snohomish County Superior Court, dated on or about February 12, 2015, under cause number 14-1-01486-9;

Complaint: ROBEL KELETA GOITOM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  did knowingly possess, in and affecting interstate and foreign commerce, the following
2  firearm, to wit: a 9mm Springfield Armory XDM-9 semi-automatic handgun, bearing
3  serial number MG753603, which had been shipped and transported in interstate and
4  foreign commerce.
5         All in violation of Title 18, United States Code, Section 922(g)(1).
6  **The undersigned, Catherine Cole, complainant being duly sworn states:**
7         1.      I am a Special Agent (SA) with the United States Department of Justice
8  (DOJ), Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so
9  employed since December 29, 2013. I am an "investigative or law enforcement officer of
10 the United States" within the meaning of Title 18, United States Code, Section 2510(7),
11 that is, an officer of the United States who is empowered by law to conduct investigations
12 of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section
13 2516. I am currently assigned to the Seattle Group IV Field Office (Intelligence Group)
14 where I am further assigned to the Puget Sound Regional Crime Gun Task Force
15 (PSRCGTF).
16        2.      I am a graduate of the Federal Law Enforcement Training Center, Criminal
17 Investigator Training Program, and the ATF National Academy, both in Glynco, Georgia.
18 During this 27-week training, I received instruction relating to the investigation of
19 firearm and explosives violations. Following this training, I received one year of on-the-
20 job training in the field. Prior to this employment, I obtained bachelors' degrees in
21 Political Science, with a concentration on international relations, and French from Tulane
22 University in New Orleans, Louisiana, and a master's degree in Natural Resources Law
23 Studies from the University of Denver College of Law in Denver, Colorado. During my
24 career with ATF, I have had training and experience investigating violent crimes against
25 persons and crimes against the government. I have been involved in numerous
26 investigations involving the unlawful purchase and/or unlawful possession of firearms
27 and explosives. I have also participated in and executed search and seizure warrants with
28 respect to the illegal possession of firearms and explosives.

Complaint: ROBEL KELETA GOITOM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.   This affidavit is made based upon my personal knowledge, training, experience and investigation, as well as upon information provided to me and my review of reports prepared by other law enforcement personnel. This affidavit is made for the purpose of establishing probable cause for this Complaint and thus does not include each and every fact known to me concerning this investigation.

4.   This affidavit is made in support of a complaint against ROBEL KELETA GOITOM for being a *Felon in Possession of a Firearm*, in violation of Title 18, United States Code, Section 922(g)(1).

## I.   Goitom's Possession of a Firearm on February 22, 2017.

5.   On February 22, 2017, around 1:00 a.m., a citizen called 9-1-1 to report an erratic driver traveling northbound on Interstate-5 near 236th Street Southwest in Snohomish County. The caller described the vehicle as a silver BMW bearing Washington license plate BCZ2200. The caller observed the vehicle nearly strike several other cars and a barrier on Interstate-5 as it traveled at speeds estimated as high as 80 miles per hour and as low as 40 miles per hour. The caller believed the driver was intoxicated based on the erratic driving behavior.

6.   As the caller followed the BMW off the interstate, the car ran a red light at 196th Street Southwest before pulling into the lot of a Chevron gas station. The driver of the vehicle then got out of the BMW and walked into the store. Washington State Patrol (WSP) Sergeant Arnold and Trooper Collier arrived on scene soon after and began a Driving Under the Influence (DUI) investigation. Sergeant Arnold ran a database check of the BMW's license plate. The check showed that the registered owner of the vehicle, ROBEL KELETA GOITOM, had a suspended license and was required to have an ignition interlock device installed in his vehicle. From his position of observation, Sergeant Arnold could see the driver of the BMW as he walked back to the vehicle from the store. He was the sole occupant of the vehicle. Based on age, height, weight, race, and sex of the registered owner, he believed that the driver and the registered owner of the vehicle were same person and, therefore, the driver had a suspended license.

7. When the driver returned to the BMW and began to drive out of the Chevron parking lot, Sergeant Arnold initiated a traffic stop of the vehicle while Trooper Collier assisted. GOITOM exited the BMW after being stopped. He was placed under arrest for driving with a suspended license. Trooper Collier advised GOITOM of his constitutional rights. He could see that GOITOM was exhibiting obvious signs of intoxication. He had red, watery eyes and smelled of intoxicants. After stating that he understood his rights, GOITOM agreed to take voluntary field sobriety tests. Trooper Collier noted that GOITOM's vehicle was not equipped with a vehicle ignition interlock device as required by the Department of Licensing for a past DUI conviction. Sergeant Arnold also smelled the obvious odor of marijuana smoke coming from inside GOITOM's vehicle.

8. Trooper Collier spoke with the individual who witnessed GOITOM's erratic driving and the witness verified that the officers had stopped the correct vehicle.

9. Trooper Collier transported GOITOM to the Snohomish County Jail where he was booked for DUI, Interlock Ignition Device Violation, and Driving with a Suspended License in the Third Degree. While at the jail, Trooper Collier applied for a search warrant to draw blood from GOITOM. Snohomish County Superior Court Judge Bui reviewed and approved the warrant at 3:34 a.m. A blood draw was then performed on GOITOM and the vials were placed into evidence.

10. GOITOM's vehicle was impounded from the scene by Paulson's Towing Inc. It was taken to a secure location at 5001 208th Street Southwest in Lynnwood, Washington.

11. Kirkland Police Detective Derek Hill is currently investigating GOITOM for credit card fraud. On February 23, 2017, he learned that GOITOM was arrested the previous day and his vehicle was impounded. He drove to Paulson's towing to get more information regarding the circumstances of the impound. An employee of the tow lot conducted a standard inventory of the vehicle while Detective Hill was at the lot. Performing an inventory is Paulson's Towing's company policy to avoid claims of theft

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and damage by persons whose cars have been impounded. While conducting this inventory, the employee located a handgun in the glovebox of the vehicle. The employee stopped the inventory and informed Detective Hill of his discovery. Detective Hill then contacted ATF Task Force Officer (TFO) Gregory Tomlinson, who was working with Detective Hill on several shooting cases in the Seattle area as well as related credit card fraud.

12. TFO Tomlinson applied for and obtained a search warrant for the vehicle. The warrant was signed on February 24, 2017, at 10:10 a.m., by King County Superior Court Judge Richardson. Around 11:30 a.m., TFO Tomlinson, Detective Hill and Secret Service Special Agent Sean Ricardi responded to Paulson's Tow in Lynnwood to serve the warrant on the vehicle.

13. TFO Tomlinson photographed the interior and exterior of the vehicle prior to the search. The vehicle was then searched by Agent Ricardi, Detective Hill and TFO Tomlinson. TFO Tomlinson located a semi-automatic pistol in the glovebox of the vehicle. The firearm was a 9mm Springfield Armory XDM-9 pistol with serial number MG753603. The firearm was loaded with one round in the chamber. Detective Hill ran the serial number of the firearm and found that it was not reported stolen.

14. Also located in the glovebox of the vehicle was the vehicle registration. The registration was in GOITOM's name as of January 19, 2017. A receipt from Northgate Tow, dated January 26, 2017, was also located in the glovebox along with an inventory and return of a search warrant conducted by the King County Sheriff's Office on January 20, 2017. During that incident, another firearm was recovered on GOITOM's person and GOITOM was arrested. The January 26, 2017, tow receipt was seized as evidence of dominion and control of the glovebox. The registration was photographed and left in the glovebox.

15. After completing the search of the vehicle, TFO Tomlinson filled out an inventory and search warrant return and left a copy of the warrant with the inventory and return on the front passenger seat of the vehicle. The firearm, tow receipt and other items

of evidence were taken to the Seattle Police Department Evidence Unit for processing. TFO Tomlinson submitted the firearm for latent print examination. The BMW was impounded by the Kirkland Police Department per state seizure law and taken to the Kirkland Police towing facility.

16. On or about April 7, 2017, latent print examiner Jonathan Edmonds informed me that two latent prints of comparison value were recovered from the magazine of the 9mm Springfield Armory XDM-9 handgun. Those latent prints were both identified to GOITOM's left thumb.

## II. Interstate Nexus Examination.

17. On March 27, 2017, Special Agent (SA) David Roberts, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, physically examined the 9mm Springfield Armory XDM-9 semi-automatic handgun, bearing serial number MG753603. SA Roberts determined that this firearm was not manufactured in the state of Washington. Based upon his experience, knowledge and research, it is also SA Roberts' opinion that the 9mm Springfield Armory XDM-9 handgun meets the definition of a firearm under Title 18, United States Code, Section 921(a)(3). SA Roberts also opined that, because the firearm was not manufactured in the State of Washington, it therefore must have traveled in and thereby affected interstate commerce if it was received or possessed in the State of Washington.

## III. Goitom's Criminal History.

18. I have reviewed GOITOM's criminal history and confirmed that he has a felony conviction for *Assault in the Third Degree*, in Snohomish County Superior Court, dated on or about February 12, 2015, under cause number 14-1-01486-9. This crime is a felony under Washington law, punishable by a term of imprisonment exceeding one year.

//
//

## IV. Conclusion.

19. Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that ROBEL KELETA GOITOM committed the offense of being a *Felon in Possession of a Firearm*, in violation of Title 18, United States Code, Section 922(g)(1).

_____
CATHERINE COLE, Complainant
Special Agent, ATF

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe ROBEL KELETA GOITOM committed the offense set forth in the Complaint.

DATED this 18th day of April, 2017.

_____
Hon. James P. Donohue
Chief United States Magistrate Judge

Complaint: ROBEL KELETA GOITOM - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970