TRULINCS 48369086 - GOITOM, ROBEL KELETA - Unit: SET-E-B

-----

FROM: 48369086
TO:
SUBJECT: Acceptance Responsibility
DATE: 06/27/2018 01:19:03 PM

The honorable Judge John C. ~~Responsibility~~ Coughenour, I would like to express my deepest apologies for the crime's in which I am charged with and have pled guilty to. This time I have spent incarcerated at the F.D.C. in SeaTac I have had a chance to reflect on my past, current crime's that landed me in prison and where exactly I plan to take my life after released from prison. I have also spent a great deal of time thinking about the victim's on my case and how I have impacted there live's in a negative way by my actions and choice's I have made this far. Word's can not express how apologetic I am towards the victim's, my family, the officer's of the court, your honor, the probation officer's and prosecution for the offense's which lead to my appearing before you. I have admitted my guilt and would like to clearly own and take full reasonability for my action's. While there is no legitimate excuse for my poor decision's and subsequent action's, I would like to explain if possible my distorted sense of reasoning, and growth I have made as an individual since my incarceration, and what must appear to be foolishly, dangerous, and detrimental behavior.

    Early on all my parent's wanted for me and my younger brother was a better life and to have an opportunity to excel our education because they where never given that chance. Growing up I always's had a hard time fitting in and dealt with bullying and racism while attending school. Because of that I found myself hanging out with the wrong group and trying to fit in with other kid's at school who I viewed as being cool because of the American up bringing other kid's where brought up in other then my African culture my parents's raised me with. At the end of the day I have nobody to blame but myself but the type of kid's I was surrounding myself growing up where definitely not a good influence on me. It was very hard for me to turn to my parent's for advice or even listen to the advice they where giving because of the culture barrier and how they where raised in Eritrea. Since being at the F.D.C. in SeaTac I have got to experience prison life and how my life will be spent if I continue on this negative path which not only affects me, but my family who has been there supporting me, and visiting me with word's of encouragement and goal's for when I am released from prison. Being incarcerated here at the F.D.C. in SeaTac I sometime's feel isolated from everyone else because I am not a gang member or I have not spent a great deal of time in prison threw out my life like many of the other inmate's I am surrounded with. In addition to that not a day goes's by where I do not think about the incident where I was brutally attacked at a motel in Seattle and almost lost my life 1 year ago. Because of that I have permanent dark bruising around both my eye's which is a reminder to me every time I look in the mirror that the way I was living my life was not how my parent's raised me and that living that kind of life has no winner's just losers who will end up dead or in jail. I have used this time I have been incarcerated to look at my current situation as a blessing in disguise, taking myself out of an environment of needing a firearm because of being worried about people harming me or my family has shaped a whole new out look on my future, even though it is unfortunate how I was attacked I am not going to be living in fear from my attackers by feeling the need to posses a firearm to protect myself, but will distance myself and prevail in success and accomplishment's my family can look back on and be proud of. I think about how hard my parent's over came obstacle's In Eritrea to have a better life for me and my younger sibling and before there time is up on this earth I do not want there last memory to be of there oldest child being separated from them and living in prison or even worse killed in these unforgiving street's.

    My behavior before I came to prison was very toxic and selfish. Also the nature of my crime's was not only unsafe for the community but was affecting numerous different live's and business. During my time incarcerated I watched a new's special on an elderly lady who's identity was stolen and used to make fraudulent purchases, by the time she discovered what had happened it had impacted her life financially. She happened to be on a fix income and her being a victim of fraud was a huge birdmen on her financially that she had to sort out with her bank. Seeing that new's special really dawned on me because I had imagined if that was my elderly mother, grandma, or even sister and what type of emotional affect that would have on me if someone had did that to one of my loved one's. The affect of my crime's I was engaging in has no particular victim but has a vast majority of different type's of victim's and live's it effect's. One thing in life you can never get back is time so I am devoted to my family, and society to do the right thing and abide by the law and surround myself with people who have life long goal's to better themselves and myself and to one day look back on this dark time in my life and see the turn around change I have made and can educate other's as well as my future kid's to not make the same mistake's I have made this far.

    In conclusion, I am humbly grateful for the plea agreement and I do realize it could be worse. I do not take this for granted, but realize the recklessness and destructive spiral path I was headed in if not for my incarceration currently. When I am released from prison everything positive I am saying in this letter will be tested and there is no doubt in my mind that I will not disappoint the court for I know to well what the consequence will be if I continue to engage in this type of lifestyle. I am determined to change and emerge from this as a better man for my love one's, society, and most importantly myself. While on supervised released I would like to use that time to show the court I have made a change for the better and plan on continuing my life even after 3 year's supervised release being a positive role model for my young nieces and nephews to look up to. I appreciate your time and attention.

*[signature]*