**GOITORK118JT**                                    **GOITOM, ROBEL KELETA**



**No card back image for given document.**

**GOITORK118JT**                                   **GOITOM, ROBEL KELETA**





LICENSE NUMBER (PIC): **GOITORK118JT**
CONTROL NUMBER: **23170322E1405**
LAST NAME: **GOITOM**
FIRST NAME: **ROBEL**
MIDDLE NAME: **KELETA**
SUFFIX:
DATE OF BIRTH: **04-30-1989**
ISSUE DATE: **02-01-2017**
MAILED DATE: **N/A**
PRODUCTION STATUS: **Mailed to Customer**
ENDORSEMENTS: **NONE**
RESTRICTIONS: **NONE**