# Path to success after release.
### Robel Goitom

- Register for fall classes at edmunds comm & take Ged If I have not already completed it by the time I leave F.D.C. Seatac.

- Aquire part time Job.

- Set up payment plan for my legal financial obligations.

- Attend regular sit down meetings with my drug & alchol counsler yohon at Asian American Treatment.

- Spend more time bonding with my father

- Distance myself from negative people & friends by taking up a hobby to take up my down time.

- Be more involved in my community with volunteer work

- Spend more time with younger cousin who just turned 21 & show him how not to make the same mistakes I have made. For example by staying away from drugs & alchol, what type of friends to have around you, places not to go & hanging out, planning for the future & accomplishments he would like to achive, ect.

- Attend church more & further my faith with God

- Start thinking about starting a family & how I will provide for them.

- Purchasing an apartment or house one day to raise a family in.

- Start taking care of my parents because they are not getting any younger as time goes by.

- Abide by my federal probation & make a plan with my probation officer how I will complete probation with no violations & do what is asked of me while on probation.

- Research more information about obtaining buisness lic & how to start my own buisness.

-